NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECRETARY OF THE ARMY,**
*Appellant*

**v.**

**STRUCTSURE PROJECTS, INC.,**
*Appellee*

---

2024-1251

---

Appeal from the Armed Services Board of Contract Appeals in No. 62927, Administrative Judge Laura Eyester, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

WILLIAM PORTER RAYEL, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellant. Also represented by PATRICIA M. MCCARTHY, CORINNE ANNE NIOSI, LOREN MISHA PREHEIM, BRETT SHUMATE.

JACK STICK, VerisLaw, PLLC, Austin, TX, argued for appellee. Also represented by MICHAEL ALFRED, Colleyville, TX.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court